UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK    Attorney: MICHAEL PAILLACE & ASSOCIATES, P.C.

---

AVELINA CARRENO, ETAL

                                      Plaintiff(s)

- against -    Index # 07 CIV 9400 (PKC)

ALL CLEAN, INC., ETAL    Purchased October 19, 2007

                                        Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAWN M. NIOLA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 29, 2007 at 09:40 AM at

1515 LEXINGTON AVENUE
NEW YORK, NY10029

deponent served the within SUMMONS IN A CIVIL CASE AND COMPLAINT on ALL CLEAN, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to MYRA COLON personally, deponent knew said corporation so served to be the corporation described in said SUMMONS IN A CIVIL CASE AND COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 37 | 5'7 | 140 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: October 30, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

DAWN M. NIOLA
License #: 1259082
Invoice #: 450039

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728