UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| AVELINA CARRENO, CERILA CEDILLO, ARACELI HERNANDEZ, CAROLINA HERNANDEZ, LORENA MENDEZ, MARIA MENDEZ, LETICIA MENDEZ, ANA MENDEZ, CLAUDIA MENDOZA, IRMA MENDOZA, ANA PUGA and IVONE ROMERO, | STIPULATION TO EXTEND TIME TO ANSWER |
| Plaintiffs, | Case No. 07CIV9400 |
| - against - | |
| ALL CLEAN, INC., SAMUEL RUDICK and ALLAN RUDICK, | |
| Defendants. | |

---

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their undersigned counsel, that Defendants' time to answer the complaint in the above matter is extended to Friday, December 7, 2007. Defendants' counsel agrees to accept service of process for all named defendants. For the purposes of this stipulation, facsimile signatures are deemed to be equivalent to originals.

ALAN B. PEARL & ASSOC., P.C.

By: _____
John K. Diviney (JD-6836)
Attorneys for Defendants
6800 Jericho Turnpike, Suite 218E
Syosset, New York 11791
(212) 921-6645

Dated: November 19, 2007

MICHAEL FAILLACE & ASSOC., P.C.

By: _____
Michael Faillace, Esq. (MF-8436)
Attorneys for Plaintiffs
110 East 59th Street, 32nd Floor
New York, New York 10022
(212) 317-1200

Dated: November 20, 2007

_____
HON. KEVIN P. CASTEL, U.S.D.J.