UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AVELINA CARRENO, CERILA CEDILLO,
ARACELI HERNANDEZ, CAROLINA
HERNANDEZ, LORENA MENDEZ, MARIA       07CV9400
MENDEZ, LETICIA MENDEZ, ANA MENDEZ,
CLAUDIA MENDOZA, IRMA MENDOZA,        **CONSENT TO JOIN LAWSUIT**
ANA PUGA, and IVONE ROMERO, *individually*    CONSENTIMIENTO
                                       PARA HACER
*and on behalf of others similarly situated*,   PARTE DE UNA DEMANDA

                            *Plaintiffs*,
              -against-

ALL CLEAN, INC., SAMUEL RUDICK, and
ALLAN RUDICK,
                  *Defendants.*
------------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
      500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.
**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

| | |
|---|---|
| Name / Nombre: | Maria Mendez |
| Address / Direccion: | 164 E. 112th St. |
| | Apt. 9 |
| Phone Number / Numero de Teléfono: | New York, NY  10029 |
| | 212-289-8791 |
| Legal Representative / Abogado: | Michael Faillace & Associates, P.C. |
| Other / Otro: | N/A |
| Signature / Firma: | *Maria Mendez* (signed) |
| Date / Fecha: | 11-23.2007 |