UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AVELINA CARRENO, CERILA CEDILLO, ARACELI HERNANDEZ, CAROLINA HERNANDEZ, LORENA MENDEZ, MARIA MENDEZ, LETICIA MENDEZ, ANA MENDEZ, CLAUDIA MENDOZA, IRMA MENDOZA, ANA PUGA, and IVONE ROMERO, *individually and on behalf of others similarly situated*,

                                       *Plaintiffs*,

        -against-

ALL CLEAN, INC., SAMUEL RUDICK, and ALLAN RUDICK,
              *Defendants*.
-------------------------------------------------------------X

07CV9400

**CONSENT TO JOIN LAWSUIT**

**CONSENTIMIENTO PARA HACER PARTE DE UNA DEMANDA**

TO:    Clerk of Court, Southern District of New York
          500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.
**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

Name / Nombre:

Address / Direccion:

Phone Number / Numero de Teléfono:

Legal Representative / Abogado:

    Other / Otro:

Signature / Firma:

Date / Fecha:

Ana Chavez Mendoza

210 E 116th St.

Apt. 4

New York, New York  10029

(917) 353 9376

Michael Faillace & Associates, P.C.

N/A

11-23.2007