# Alan B. Pearl & Associates, P.C.

Counselors at Law

6800 Jericho Turnpike - Suite 218E

Syosset, New York 11791

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/07

**ALAN B. PEARL**
Member New York & Florida Bars

**JOHN K. DIVINEY**
Member New York Bar

(516) 921-6645
*FAX (516) 921-6774
*E-MAIL: INFO@PEARL-LAW.COM
WEBSITE: WWW.PEARL-LAW.COM

(*Not for service of papers)

**SIMA A. ALI**
Member New York Bar

**GINA M. IANNE**
Member New York Bar

# MEMO ENDORSED

December 5, 2007

*[Handwritten endorsement:] Conference adjourned to 11:30 a.m. January 4, 2008 at [illegible]. SO ORDERED. [signature] USDJ 12-5-07*

VIA FACSIMILE (212) 805-7949

Justice Kevin P. Castel
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:  **Carreno et al v. All Clean, Inc. et al
Case No. 1:07-cv-9400**

Dear Judge Castel:

We represent defendants in the above referenced matter. We request an adjournment, upon consent of both parties, of the first Scheduling Conference scheduled for Friday, December 7, 2007 at 3:30 p.m. Defendants' Answer is due to be filed on Friday, December 7, 2007 and thus the parties have not had time to prepare the Pretrial Conference Scheduling Order. In addition, plaintiffs' counsel has indicated that he has a conflict with another matter for that day.

Thank you for your attention to this matter.

Very truly yours,

John K. Diviney

JKD:rm

cc: Michael Faillace, Esq.