UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

AVELINA CARRENO, CERILA CEDILLO, ARACELI HERNANDEZ, CAROLINA HERNANDEZ, LORENA MENDEZ, MARIA MENDEZ, LETICIA MENDEZ, ANA MENDEZ, CLAUDIA MENDOZA, IRMA MENDOZA, ANA PUGA, and IVONE ROMERO.

                  Plaintiffs,

-against-

ALL CLEAN, INC., SAMUEL RUDICK, and ALLAN RUDICK,

*Defendants.*

------------------------------------------------------------X

07CV9400

**CONSENT TO JOIN LAWSUIT**

**CONSENTIMIENTO PARA HACER PARTE DE UNA DEMANDA**

TO:    Clerk of Court, Southern District of New York
         500 Pearl Street, New York, New York 10007

I hereby consent to join this lawsuit as a party plaintiff.
**(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)**

| | |
|---|---|
| Name / Nombre: | Leticia Mendez |
| Address / Direccion: | 204 East 112 # 36 |
| | New York, New York 10029 |
| Phone Number / Numero de Teléfono: | 212-534-2725 |
| Legal Representative / Abogado: | Michael Faillace & Associates, P.C. |
| Other / Otro: | N/A |
| Signature / Firma: | *Leticia Mendez* |
| Date / Fecha: | 1-03-08 |