UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CARRENO et al.                       :
                                     :
                Plaintiffs,          :       **ORDER**
                                     :
        -against-                    :       07 Civ. 9400 (PKC)(MHD)
                                     :
ALL CLEAN, INC. et al.               :
                                     :
                Defendants.          :
------------------------------------x



MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


        It is hereby


        ORDERED that a settlement conference has been scheduled in the above-captioned action on **FRIDAY, FEBRUARY 29, 2008 at 10:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       February 15, 2008

SO ORDERED.

_____
**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been mailed today to:

Michael Antonio Faillace, Esq.
Law Office of Michael Faillace & Associates, P.C.
110 E. 59th Street
32nd Floor
New York, NY 10022

Alan B. Pearl, Esq.
Alan B. Pearl & Associates, P.C.
6800 Jericho Tpke., Ste. 218e
Syosset, NY 11791
Fax: 212-532-8598