UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

AVELINA CARRENO, CERILA CEDILLO, ARACELI HERNANDEZ, CAROLINA HERNANDEZ, LORENA MENDEZ, MARIA MENDEZ, LETICIA MENDEZ, ANA MENDEZ, CLAUDIA MENDOZA, IRMA MENDOZA, ANA PUGA, and IVONE ROMERO, *individually and on behalf of others similarly situated,*

                     Plaintiffs,

      -against-

ALL CLEAN, INC., SAMUEL RUDICK, and ALLAN RUDICK,

                     *Defendants.*
----------------------------------------------------------X

1:07-cv-09400-PKC

[PROPOSED] ORDER

FLSA Collective Action

ECF Case



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

IT HAVING BEEN AGREED BY AND BETWEEN counsel for Plaintiffs and Defendants, pursuant to Fed. R. Civ. P. 15(a), in Open Court during the Initial Pretrial Conference held on 1/4/2008, that the Plaintiffs may file and serve the annexed Amended Complaint, so as to add additional defendants ALL CLEAN, LLC, ELB AND GEN LLC (d/b/a "ALL CLEAN LLC), MICHAEL EIBOGEN, AND MARTIN EIBOGEN (the "Additional Defendants"), it is hereby

    **ORDERED:**

        (1)    That Plaintiffs are granted leave to file the annexed Amended Complaint;

        (2)    That Plaintiffs shall then serve the Amended Complaint upon all the Additional Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure;

        (3)    That Plaintiffs shall serve the already named defendants by mail through their counsel; and

(4)   That the caption in this matter shall be amended to include the additional defendants ELB AND GEN LLC (d/b/a "ALL CLEAN LLC"), MICHAEL EIBOGEN, AND MARTIN EIBOGEN, so as to read as follows:

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

AVELINA CARRENO, CERILA CEDILLO, ARACELI HERNANDEZ, CAROLINA HERNANDEZ, LORENA MENDEZ, MARIA MENDEZ, LETICIA MENDEZ, ANA MENDEZ, CLAUDIA MENDOZA, IRMA MENDOZA, ANA PUGA, and IVONE ROMERO, *individually and on behalf of others similarly situated*,

   Plaintiffs,

-against-

ALL CLEAN, INC., ALL CLEAN, LLC, SAMUEL RUDICK, ALLAN RUDICK, ELB AND GEN LLC (d/b/a "ALL CLEAN LLC"), MICHAEL EIBOGEN, AND MARTIN EIBOGEN,

   *Defendants.*

------------------------------------------------------------X

1:07-cv-09400-PKC

**FLSA Collective Action**

**ECF Case**

---

DATED:  New York, New York

SO ORDERED:

_____
P. Kevin Castel, U.S.D.J.

3-3-08

- 2 -