UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK   Attorney: MICHAEL FAILLACE & ASSOCIATES, P.C.

---

AVELINA CARRENO, ETAL

                                                           Plaintiff(s)

        - against -                                  Index # 1:07-CV-09400-PKC

ALL CLEAN, INC., ETAL

                                          Defendant(s)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

MICHAEL HARRIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 10, 2008 at 12:00 PM at

2035 THIRD AVENUE
NEW YORK, NY 10029

deponent served the within SUMMONS AND AMENDED COMPLAINT on ELB AND GEN LLC (D/B/A "ALL CLEAN LLC") therein named.
BY LEAVING A TRUE COPY WITH MARTIN ELBOGEN, MANAGER, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 40 | 5'8 | 175 |
| GLASSES | | | | | |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: March 12, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

MICHAEL HARRIS
License #: 1077447
Invoice #: 458304

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728