```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CARRENO et al.                      :
                                    :
            Plaintiffs,             :         ORDER
                                    :
    -against-                       :   07 Civ. 9400 (PKC)(MHD)
                                    :
ALL CLEAN, INC. et al.              :
                                    :
            Defendants.             :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby

*4/15/08*

ORDERED that a telephone conference has been scheduled in the above-captioned action on **TUESDAY, APRIL 15, 2008 at 3:00 P.M.** Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Plaintiff's counsel is to make the necessary arrangements for the conference call.

Dated: New York, New York
       April 15, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Michael Antonio Faillace, Esq.
Law Office of Michael Faillace & Associates, P.C.
110 E. 59th Street
32nd Floor
New York, NY 10022

Alan B. Pearl, Esq.
Alan B. Pearl & Associates, P.C.
6800 Jericho Tpke., Ste. 218e
Syosset, NY 11791
~~Fax: 212-532-8598~~