# Alan B. Pearl & Associates, P.C.

Counselors at Law

6800 Jericho Turnpike - Suite 218E
Syosset, New York 11791

(516) 921-0045
*FAX (516) 921-6774
*E-MAIL: INFO@PEARL-LAW.COM
WEBSITE: WWW.PEARL-LAW.COM

(*Not for service of papers)

ALAN B. PEARL
Member New York & Florida Bars

JOHN K. DIVINEY
Member New York Bar

SIMA A. ALI
Member New York Bar

GINA IANNE GRATH
Member New York Bar

April 15, 2008

RECEIVED
APR 15 2008
JUDGE

<u>Via Facsimile (212) 805-7928</u>
Magistrate Judge Michael H. Dolinger
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   Carreno et al v. All Clean, Inc. et al
      <u>Case No. 1:07-cv-9400</u>

Dear Judge Dolinger:

This office represents the Defendants in the above referenced matter. The parties respectfully submit this joint request to adjourn the settlement conference scheduled for tomorrow, April 16, 2008.

The instant request is due to the fact that the additional defendants, named in Plaintiff's Amended Complaint, have yet to appear. We have attempted to contact these defendants, however we have not been able to confirm whether or who they have engaged as counsel at this time. Plaintiff's counsel anticipates that he may be required to move for a default judgment against the non-appearing defendants. While this office has had initial settlement discussions with Plaintiff's counsel, in the absence of the additional defendants, we do not believe further settlement discussions would be fruitful at this time.

Therefore, we respectfully request that the conference be adjourned, and the parties move forward with discovery and the potential default motion.

Thank you for your courtesies in connection with this matter.

Respectfully submitted,

John K. Diviney

cc:   Michael Faillace, Esq. (via facsimile)

ENDORSED ORDER

Application granted. The conference is adjourned sine die. Counsel for defendants to provide a status report by May 9, 2008.

4/15/08