UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

AVELINA CARRENO

                            Plaintiff(s),         :

            - against -

ALL CLEAN, INC                                    :

                            Defendant(s).         :

-----------------------------------------------------------------x

```
┌──────────────────────────────────────┐
│ USDS SDNY                             │
│ DOCUMENT                              │
│ ELECTRONICALLY FILED                  │
│ DOC #: _____              │
│ DATE FILED:  5/7/08                   │
└──────────────────────────────────────┘
```

07  Civ. 9400 (PKC)

REVISED CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING ORDER

The Civil Case Management Plan and Scheduling Order is modified as follows:

1.  The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended to
    _July 19, 2008_.

2.  The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is extended to
    _August 15, 2008_ .

3.  Other directions to the parties:
    Motion under FLSA § 16 (b) and/or class artifacts to be
    filed by June 20, 2008.

4.  The next Case Management Conference [the Final Pretrial Conference] will be held on
    _July 18, 2008_ at _10.15_ am/pm.  Any conference scheduled for a date prior thereto is
    adjourned; ie the May 9 Conference date is vacated.

5.  In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar
    as it may have been previously modified by Order of this Court, remain in full force and effect.

_____
P. Kevin Castel
United States District Judge

Dated:   New York, New York
5-7-08