07 Civ 9400 (PKC)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AVELINA CARRENO, et al.

                Plaintiffs,

   - against -

All Clean Inc.

               Defendants.

------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

07 Civ. 9400 (PKC)

REVISED CIVIL CASE
MANAGEMENT PLAN AND
SCHECULING ORDER

The Civil Case Management Plan and Scheduling Order is modified as follows:

1. The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended to September 15, 2008

2. The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is extended to October 29, 2008;

3. Other directions to the parties:

4. The next Case Management Conference [the Final Pretrial Conference] will be held on September 2008 at 11:00 am/pm. Any conference scheduled for a date prior thereto is adjourned. July 18 conference is vacated

5. In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
7-16-08